# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 7/3/2025 |
| Case: 25–02742–JBM7 | Form ID: 309A | Total: 35 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Jonathan A. Sheets | 2091 Greenfield Dr | El Cajon, CA 92019–1156 | | |
| jdb | Leah L. Sheets | 2091 Greenfield Dr | El Cajon, CA 92019–1156 | | |
| ust | United States Trustee | Office of the U.S. Trustee | 880 Front Street | Suite 3230 | San Diego, CA 92101 |
| tr | Christopher R. Barclay | P.O. Box 2819 | La Mesa, CA 91943–2819 | | |
| aty | Thomas B. Gorrill | Thomas B. Gorrill | 9984 Scripps Ranch Blvd, #335 | San Diego, CA 92131 | |
| smg | United States Trustee | Office of the U.S. Trustee | 880 Front Street | Suite 3230 | San Diego, CA 92101 |
| smg | Employment Develop. Dept., State of CA | Bankruptcy Unit – MIC 92E | P.O. Box 826880 | Sacramento, CA 94280 | |
| smg | Div. of Labor Standards Enforcement | 7575 Metropolitan Drive, Suite 210 | San Diego, CA 92108 | | |
| smg | California Department of Tax and Fee Administration | Account Information Group, MIC:29 | P.O. Box 942879 | Sacramento, CA 94279–0029 | |
| smg | Franchise Tax Board | Attn: Bankruptcy | P.O. Box 2952 | Sacramento, CA 95812–2952 | |
| 15202077 | AMERICAN EXPRESS | PO BOX 297871 | FORT LAUDERDALE, FL 33329 | | |
| 15202079 | APPLE CARD/GS BANK USA | LOCKBOX 6112 PO BOX 7247 | PHILADELPHIA, PA 19170 | | |
| 15202078 | American Express Legal | Attn: Aaron H. Balardo | 199 S Los Robles Ave Ste 540 | Pasadena, CA 91101–4680 | |
| 15202080 | BARCLAYS BANK DELAWARE | PO BOX 8803 | WILMINGTON, DE 19899 | | |
| 15202081 | CAP1/KOHLS DEPT STORE | PO BOX 31293 | SALT LAKE CITY, UT 84131 | | |
| 15202082 | CAPITAL ONE BANK USA | PO BOX 31293 | SALT LAKE CITY, UT 84131 | | |
| 15202083 | CITICARDS CBNA | PO BOX 6190 | SIOUX FALLS, SD 57117 | | |
| 15202084 | CREDIT ONE BANK NA | PO BOX 98875 | LAS VEGAS, NV 89193 | | |
| 15202085 | DEPT OF EDUCATION/NELN | 121 S 13TH ST | LINCOLN, NE 68508 | | |
| 15202086 | DISCOVER CARD | PO BOX 30939 | SALT LAKE CITY, UT 84130 | | |
| 15202087 | EDUCATIONAL COMPUTER | Attn: Bankruptcy | 181 Montour Run Rd | Coraopolis, PA 15108–9408 | |
| 15202088 | Eric Staley | 14205 Minorca Cv | Del Mar, CA 92014–2932 | | |
| 15202089 | Garcia Hong Law | 10680 Treena St Ste 160 | San Diego, CA 92131–2443 | | |
| 15202091 | JPMCB CARD SERVICES | PO BOX 15369 | WILMINGTON, DE 19850 | | |
| 15202090 | Joe Utzurrum | Utzurrum Law Offices | 12121 Wilshire Blvd Ste 810 | Los Angeles, CA 90025–1166 | |
| 15202092 | LVNV FUNDING LLC | PO BOX 1269 | GREENVILLE, SC 29602 | | |
| 15202093 | MISSION FEDERAL CR UN | 10325 MEANLEY DR | SAN DIEGO, CA 92131 | | |
| 15202094 | PORTFOLIO RECOV ASSOC | 120 CORPORATE DRIVE | NORFOLK, VA 23513 | | |
| 15202095 | SANTANDER BANK, N.A | PO BOX 961211 | FORT WORTH, TX 76161 | | |
| 15202096 | SBA – EIDL | Po Box 3918 | Portland, OR 97208–3918 | | |
| 15202097 | SBA Loan | Attn: Bankruptcy | 1545 Hawkins Blvd Ste 200 | El Paso, TX 79925–2652 | |
| 15202098 | Sprint Mobile | Attn: Bankruptcy | 6200 Sprint Pkwy | Overland Park, KS 66211–6117 | |
| 15202099 | U S DEPT OF ED/GSL/ATL | PO BOX 4222 | IOWA CITY, IA 52244 | | |
| 15202101 | WELLS FARGO CARD SER | PO BOX 393 | MINNEAPOLIS, MN 55480 | | |
| 15202100 | Web Bank | Attn: Bankruptcy | 4315 Pickett Rd | Saint Joseph, MO 64503 | |

TOTAL: 35