# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**In re:**
**JONATHAN SHEETS and LEAH SHEETS**
Debtors.

**Case No.: 25-02742-JBM7**
**Dept.: 2**
**Judge: Hon. J. Barrett Marum**

## [PROPOSED] ORDER GRANTING CREDITOR ERIK STALEY'S MOTION TO EXTEND DEADLINES UNDER FRBP 4004(b)(1) AND 4007(c)

The Court, having considered Creditor Erik Staley's Motion to extend (i) the deadline to file a complaint objecting to discharge under 11 U.S.C. § 727 (Fed. R. Bankr. P. 4004(b)(1)) and (ii) the deadline to file a complaint to determine dischargeability under 11 U.S.C. § 523 (Fed. R. Bankr. P. 4007(c)), the supporting Declaration of Erik Staley, the record in this case, and any argument presented, and good cause appearing,

### IT IS HEREBY ORDERED:

1. The deadline to file a complaint objecting to discharge under 11 U.S.C. § 727 is extended from October 6, 2025 to January 6, 2026.

2. The deadline to file a complaint to determine dischargeability of a debt under 11 U.S.C. § 523 is extended from October 6, 2025 to January 6, 2026.

3. This Order is without prejudice to any further request for extension for cause shown.

IT IS SO ORDERED.

Dated: _____, 2025

_____

**Hon. J. Barrett Marum**

United States Bankruptcy Judge

Submitted by:

**/s/ Erik Staley**
Erik Staley, Creditor, pro se

14205 Minorca Cove
Del Mar, CA 92014
(949) 285-5711
inquiry@valicom.com