# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 11/4/2025 |
| Case: 25–02742–JBM7 | Form ID: 318 | Total: 35 |

**Recipients of Notice of Electronic Filing:**
ust  United States Trustee  ustp.region15@usdoj.gov
aty  Thomas B. Gorrill  tom@gorillalaw.com

                                                                  TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Jonathan A. Sheets  2091 Greenfield Dr  El Cajon, CA 92019–1156
jdb  Leah L. Sheets  2091 Greenfield Dr  El Cajon, CA 92019–1156
tr  Christopher R. Barclay  P.O. Box 2819  La Mesa, CA 91943–2819
smg  United States Trustee  Office of the U.S. Trustee  880 Front Street  Suite 3230  San Diego, CA 92101
smg  Employment Develop. Dept., State of CA  Bankruptcy Unit – MIC 92E  P.O. Box 826880  Sacramento, CA 94280
smg  Div. of Labor Standards Enforcement  7575 Metropolitan Drive, Suite 210  San Diego, CA 92108
smg  California Department of Tax and Fee Administration  Account Information Group, MIC:29  P.O. Box 942879  Sacramento, CA 94279–0029
smg  Franchise Tax Board  Attn: Bankruptcy  P.O. Box 2952  Sacramento, CA 95812–2952
15202077  AMERICAN EXPRESS  PO BOX 297871  FORT LAUDERDALE, FL 33329
15202079  APPLE CARD/GS BANK USA  LOCKBOX 6112 PO BOX 7247  PHILADELPHIA, PA 19170
15202078  American Express Legal  Attn: Aaron H. Balardo  199 S Los Robles Ave Ste 540  Pasadena, CA 91101–4680
15202080  BARCLAYS BANK DELAWARE  PO BOX 8803  WILMINGTON, DE 19899
15202081  CAP1/KOHLS DEPT STORE  PO BOX 31293  SALT LAKE CITY, UT 84131
15202082  CAPITAL ONE BANK USA  PO BOX 31293  SALT LAKE CITY, UT 84131
15202083  CITICARDS CBNA  PO BOX 6190  SIOUX FALLS, SD 57117
15202084  CREDIT ONE BANK NA  PO BOX 98875  LAS VEGAS, NV 89193
15202085  DEPT OF EDUCATION/NELN  121 S 13TH ST  LINCOLN, NE 68508
15202086  DISCOVER CARD  PO BOX 30939  SALT LAKE CITY, UT 84130
15202087  EDUCATIONAL COMPUTER  Attn: Bankruptcy  181 Montour Run Rd  Coraopolis, PA 15108–9408
15202088  Eric Staley  14205 Minorca Cv  Del Mar, CA 92014–2932
15202089  Garcia Hong Law  10680 Treena St Ste 160  San Diego, CA 92131–2443
15202091  JPMCB CARD SERVICES  PO BOX 15369  WILMINGTON, DE 19850
15202090  Joe Utzurrum  Utzurrum Law Offices  12121 Wilshire Blvd Ste 810  Los Angeles, CA 90025–1166
15202092  LVNV FUNDING LLC  PO BOX 1269  GREENVILLE, SC 29602
15202093  MISSION FEDERAL CR UN  10325 MEANLEY DR  SAN DIEGO, CA 92131
15202094  PORTFOLIO RECOV ASSOC  120 CORPORATE DRIVE  NORFOLK, VA 23513
15202095  SANTANDER BANK, N.A  PO BOX 961211  FORT WORTH, TX 76161
15202096  SBA – EIDL  Po Box 3918  Portland, OR 97208–3918
15202097  SBA Loan  Attn: Bankruptcy  1545 Hawkins Blvd Ste 200  El Paso, TX 79925–2652
15202098  Sprint Mobile  Attn: Bankruptcy  6200 Sprint Pkwy  Overland Park, KS 66211–6117
15202099  U S DEPT OF ED/GSL/ATL  PO BOX 4222  IOWA CITY, IA 52244
15202101  WELLS FARGO CARD SER  PO BOX 393  MINNEAPOLIS, MN 55480
15202100  Web Bank  Attn: Bankruptcy  4315 Pickett Rd  Saint Joseph, MO 64503

                                                                  TOTAL: 33