| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jonathan A. Sheets<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4162<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Leah L. Sheets<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2980<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  Southern District of California | | |
| Case number:  25-02742-JBM7 | | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jonathan A. Sheets                    Leah L. Sheets

11/4/25                    **By order of the court:**  Mark Schnakenberg
                                                        Clerk of the Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Southern District of California

In re:  
Jonathan A. Sheets  
Leah L. Sheets  
    Debtors

Case No. 25-02742-JBM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0974-3     User: Admin.     Page 1 of 3  
Date Rcvd: Nov 04, 2025     Form ID: 318     Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Jonathan A. Sheets, Leah L. Sheets, 2091 Greenfield Dr, El Cajon, CA 92019-1156 |
| 15202088 | | Eric Staley, 14205 Minorca Cv, Del Mar, CA 92014-2932 |
| 15202089 | | Garcia Hong Law, 10680 Treena St Ste 160, San Diego, CA 92131-2443 |
| 15202090 | | Joe Utzurrum, Utzurrum Law Offices, 12121 Wilshire Blvd Ste 810, Los Angeles, CA 90025-1166 |
| 15202097 | | SBA Loan, Attn: Bankruptcy, 1545 Hawkins Blvd Ste 200, El Paso, TX 79925-2652 |
| 15202100 | + | Web Bank, Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: QCRBARCLAY2.COM | Nov 05 2025 04:25:00 | Christopher R. Barclay, P.O. Box 2819, La Mesa, CA 91943-2819 |
| smg | | EDI: CALTAXFEE | Nov 05 2025 04:25:00 | California Department of Tax and Fee Administratio, Account Information Group, MIC:29, P.O. Box 942879, Sacramento, CA 94279-0029 |
| smg | ^ | MEBN | Nov 04 2025 23:25:26 | Div. of Labor Standards Enforcement, 7575 Metropolitan Drive, Suite 210, San Diego, CA 92108-4424 |
| smg | + | EDI: EDD.COM | Nov 05 2025 04:25:00 | Employment Develop. Dept., State of CA, Bankruptcy Unit - MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Nov 05 2025 04:25:00 | Franchise Tax Board, Attn: Bankruptcy, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | Email/Text: ustp.region15@usdoj.gov | Nov 04 2025 23:34:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |
| 15202077 | + | Email/PDF: bncnotices@becket-lee.com | Nov 04 2025 23:44:25 | AMERICAN EXPRESS, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 15202079 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 04 2025 23:33:00 | APPLE CARD/GS BANK USA, LOCKBOX 6112 PO BOX 7247, PHILADELPHIA, PA 19170-0001 |
| 15202078 | | Email/PDF: bncnotices@becket-lee.com | Nov 04 2025 23:43:04 | American Express Legal, Attn: Aaron H. Balardo, 199 S Los Robles Ave Ste 540, Pasadena, CA 91101-4680 |
| 15202080 | + | EDI: TSYS2 | Nov 05 2025 04:25:00 | BARCLAYS BANK DELAWARE, PO BOX 8803, WILMINGTON, DE 19899-8803 |

| District/off: 0974-3 | User: Admin. | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 04, 2025 | Form ID: 318 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| 15202081 | + | EDI: CAPITALONE.COM | Nov 05 2025 04:25:00 | CAP1/KOHLS DEPT STORE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 15202082 | + | EDI: CAPITALONE.COM | Nov 05 2025 04:25:00 | CAPITAL ONE BANK USA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 15202083 | + | EDI: CITICORP | Nov 05 2025 04:25:00 | CITICARDS CBNA, PO BOX 6190, SIOUX FALLS, SD 57117-6190 |
| 15202084 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 04 2025 23:56:22 | CREDIT ONE BANK NA, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 15202085 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 04 2025 23:34:00 | DEPT OF EDUCATION/NELN, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 15202086 | + | EDI: DISCOVER | Nov 05 2025 04:25:00 | DISCOVER CARD, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 15202091 | + | EDI: JPMORGANCHASE | Nov 05 2025 04:25:00 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 15202092 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2025 23:43:55 | LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 15202093 | + | Email/Text: lossmitigation@missionfed.com | Nov 04 2025 23:34:00 | MISSION FEDERAL CR UN, 10325 MEANLEY DR, SAN DIEGO, CA 92131-3011 |
| 15202094 | + | EDI: PRA.COM | Nov 05 2025 04:25:00 | PORTFOLIO RECOV ASSOC, 120 CORPORATE DRIVE, NORFOLK, VA 23502-4952 |
| 15202095 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 04 2025 23:34:00 | SANTANDER BANK, N.A, PO BOX 961211, FORT WORTH, TX 76161-0211 |
| 15202096 | | Email/Text: bankruptcynotices@sba.gov | Nov 04 2025 23:33:00 | SBA - EIDL, Po Box 3918, Portland, OR 97208-3918 |
| 15202098 | | EDI: AISTMBL.COM | Nov 05 2025 04:25:00 | Sprint Mobile, Attn: Bankruptcy, 6200 Sprint Pkwy, Overland Park, KS 66211-6117 |
| 15202099 | | Email/Text: edbknotices@ecmc.org | Nov 04 2025 23:33:00 | U S DEPT OF ED/GSL/ATL, PO BOX 4222, IOWA CITY, IA 52244 |
| 15202101 | + | EDI: WFFC2 | Nov 05 2025 04:25:00 | WELLS FARGO CARD SER, PO BOX 393, MINNEAPOLIS, MN 55480-0393 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15202087 | ## | EDUCATIONAL COMPUTER, Attn: Bankruptcy, 181 Montour Run Rd, Coraopolis, PA 15108-9408 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0974-3 | User: Admin. | Page 3 of 3
Date Rcvd: Nov 04, 2025 | Form ID: 318 | Total Noticed: 31
Date: Nov 06, 2025 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Christopher R. Barclay | admin@crb7trustee.com mlcunanan@crb7trustee.com;QCRBARCLAY2@ecf.axosfs.com |
| Thomas B. Gorrill | on behalf of Joint Debtor Leah L. Sheets tom@gorrillalaw.com LawOfficeofThomasGorrill@jubileebk.net |
| Thomas B. Gorrill | on behalf of Debtor Jonathan A. Sheets tom@gorrillalaw.com LawOfficeofThomasGorrill@jubileebk.net |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 4